Honorable Timothy W. Dore

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 18-14887 |
| MICHELLE DENISE LOSTON ) | |
| ) | TRUSTEE'S OBJECTION TO |
| ) | CLAIMED EXEMPTIONS |
| Debtor ) | |

COMES NOW the Trustee, Nancy L. James, and objects to the Debtors' claim of exemptions in all property listed on their Scheduled C as follows:

1. Debtor claims exemptions in various assets with an aggregate value of $9,641.97, pursuant to RCW 6.15.010(1)(d)(ii). Such exemption is limited to $3,000. The Trustee objects to exemptions pursuant to RCW 6.15.010(1)(d)(ii) of all amounts in excess of $3,000.

2. To the extent that the Debtors are attempting to claim an exemption in excess of the value permitted by federal or state law, the Trustee objects to the assertion of such an exemption;

3. To the extent that the Debtors are attempting to claim an exemption for property for which no exemption is permitted under federal or state law, the Trustee objects to the assertion of such an exemption;

Trustee's Objection to Claimed Exemptions - 1

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

4. To the extent that the Debtors do not describe an asset or other item of property for which an exemption is claimed, with particularity, the Trustee objects to the assertion of such an exemption;

5. To the extent that the actual value of an asset exceeds the valuation of the asset by the Debtors, the Trustee objects to the claim of any exemption; and,

6. To the extent that the Debtors have failed to cooperate with the Trustee regarding the investigation of their financial affairs and/or concealed any property, the Trustee objects to any claims of exemptions by Debtors.

The Trustee is objecting, in part, to preserve her rights to object pending receipt of more information about the Debtors' assets. She is also objecting in part to preserve any equity the estate may have in property that is subject to the Debtors' exemption. The Trustee reserves the right to assert any other basis for her objection or otherwise amend this objection as she may determine to be appropriate at a later date.

DATED: February 19, 2019

*/s/ Nancy L. James*

_____

Nancy L. James
Trustee

Trustee's Objection to Claimed Exemptions - 2